IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELFORD BOROUGH AUTHORITY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,** | : | **2:12-CV-6548** |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 15th day of November, **IT IS HEREBY ORDERED**:

**1.)** Defendants' motion to dismiss, (Doc. No. 12), is **GRANTED IN PART** and **DENIED IN PART**.

**2.)** The motion to dismiss Count I of the complaint will be **GRANTED**. Count I of the complaint will be **DISMISSED WITH PREJUDICE**.

**3.)** The motion to dismiss Count IV of the complaint will be **DENIED WITHOUT PREJUDICE**. The court will **GRANT** the parties **LEAVE TO ENGAGE IN LIMITED DISCOVERY** on the issue of subject matter jurisdiction. Discovery on this matter shall be completed on or before **January 15, 2014**.

                                                                      **BY THE COURT:**

                                                                       /s/ C. Darnell Jones, II
                                                                      **C. DARNELL JONES  II,  J.**