# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELFORD BOROUGH AUTHORITY,** : | | **CIVIL ACTION** |
|      **Plaintiff,** : | | |
| : | | |
| **v.** : | | **No.:   12-CV-6548** |
| : | | |
| **UNITED STATE ENVIRONMENTAL** : | | |
| **PROTECTION AGENCY, et al.,** : | | |
|      **Defendants.** : | | |

**AND NOW**, this  6TH  day of February, 2020, upon consideration of Plaintiff's Motion for Leave to file an Amended Complaint (ECF No. 143), Defendants' Response in Opposition thereto (ECF No. 147), Plaintiff's Reply in Support (ECF No. 152), and Defendants' Sur-reply in Opposition (ECF No. 153), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** as to Counts V, VI, VII, IX, X, and XVII, and **DENIED** as to Counts VIII and XV.

                                                         BY THE COURT:

                                                  /s/ Lynne A. Sitarski  
                                                LYNNE A. SITARSKI  
                                                United States Magistrate Judge