**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TELFORD BOROUGH AUTHORITY,** : | | **CIVIL ACTION** |
| **Plaintiff,** : | | |
| : | | |
| v. : | | No.:   **12-CV-6548** |
| : | | |
| **UNITED STATE ENVIRONMENTAL** : | | |
| **PROTECTION AGENCY, et al.,** : | | |
| **Defendants.** : | | |

# O R D E R

**AND NOW**, this __4TH__ day of February, 2021, upon consideration of Defendant's Motion for Reconsideration (ECF No. 156), and Plaintiff's Response and Supplemental Response in Opposition thereto (ECF Nos. 157; 158-1), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.  Paragraphs 12.c, 12.d, 267, 287 through 290, 368, 387 through 389, and 392 through 398, and Counts IX and X are **STRICKEN** from the Amended Complaint.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge