# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELFORD BOROUGH AUTHORITY,** : | | **CIVIL ACTION** |
| **Plaintiff,** : | | |
| : | | |
| v. : | | No.:   **12-CV-6548** |
| : | | |
| **UNITED STATE ENVIRONMENTAL** : | | |
| **PROTECTION AGENCY, et al.,** : | | |
| **Defendants.** : | | |

     **AND NOW**, this __15TH__ day of October, 2021, upon consideration of Plaintiff's Motion to Deem Certain Allegations in Plaintiff's Complaint Admitted (ECF No. 182), Defendants' Response in Opposition thereto (ECF No. 185) and Plaintiff's Reply in Support (ECF No. 188), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.  It is **FURTHER ORDERED** that within fourteen days of the date of this Order, Defendants shall file an Amended Answer that complies with Federal Rule of Civil Procedure 8.

                                              BY THE COURT:

                                              __/s/ Lynne A. Sitarski__
                                              LYNNE A. SITARSKI
                                              United States Magistrate Judge