IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELFORD BOROUGH AUTHORITY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.:  12-CV-6548 |
| | : | |
| **UNITED STATE ENVIRONMENTAL** | : | |
| **PROTECTION AGENCY, et al.,** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this ___23RD___ day of November 2021, upon consideration of Plaintiff's Motion for an Extension of the Discovery Deadline (ECF No. 189), Defendants' response in opposition thereto (ECF No. 192) and Plaintiff's supporting supplement (ECF No. 205), as well as Defendants' Motion for a Protective Order Against Plaintiff's Discovery Requests (ECF No. 190), Plaintiff's response in opposition thereto (ECF No. 193), Defendants' reply in further support (ECF No. 197), and Plaintiff's sur-reply (ECF No. 199), **IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED** and Defendants' motion is **GRANTED** as follows:

1.　Defendants need not respond to the requests for production of documents and interrogatories referenced in the accompanying Memorandum.

2.　Because the discovery period set forth in Judge Jones's August 2, 2021, Order has closed, the parties now have "leave to file any motions as a result thereof," consistent with the Order.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　  /s/ Lynne A. Sitarski
　　　　　　　　　　　　　　　　　　LYNNE A. SITARSKI
　　　　　　　　　　　　　　　　　　United States Magistrate Judge