IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELFORD BOROUGH AUTHORITY,** | : | |
| *Plaintiff*, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 12-6548** |
| | : | |
| **UNITED STATES ENVIRONMENTAL** | : | |
| **PROTECTION AGENCY,** *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this 27th day of April, 2023, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 216), and Plaintiff's response in opposition (ECF No. 217), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED in part and DENIED in part** as follows:

1. Defendants' Motion is **DENIED** as to Count Five;

2. Defendants' Motion is **GRANTED** as to Counts Six, Seven, Eight and Nine and those claims are **DISMISSED with prejudice;**

3. Defendants' Motion is **GRANTED** as to Count Thirteen and that claim is **DISMISSED without prejudice**. **Within thirty (30) days of the date this Order**, Plaintiff may file a Second Amended Complaint to cure, if it can do so in good faith, the deficiencies outlined in the accompanying Memorandum Opinion as to Count Thirteen.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**